

2002 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

2-20-2002

# In Re: Prudential

Precedential or Non-Precedential:

Docket 99-5960

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2002

Recommended Citation

"In Re: Prudential" (2002). *2002 Decisions.* Paper 136.
http://digitalcommons.law.villanova.edu/thirdcircuit_2002/136

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2002 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

```
               IN THE UNITED STATES COURT OF APPEALS
                      FOR THE THIRD CIRCUIT
                        _____

                         No. 99-5960
                        _____

               IN RE:
                   PRUDENTIAL INSURANCE Company
               AMERICA SALES PRACTICE LITIGATION
                         AGENT ACTIONS

               Michael P. Malakoff, Esquire, and
               Malakoff, Doyle & Finberg, P.C.,


        Appellants
                        _____


            Appeal from the United States District Court
                   For the District of New Jersey
                     D.C. No.: 95-cv-04704
            District Judge: Honorable William H. Walls
                        _____


          Before: McKEE,  ROSENN, and CUDAHY, Circuit Judges

                    ( Filed January 24, 2002)
                        _____


                   ORDER AMENDING OPINION
                        _____


       The slip opinion in the above case is hereby amended as follows:

       1.    On page 29, footnote 1, line 8, delete "American Law
Institute" and substitute
       "Practising Law Institute."


                            BY THE COURT:


                               /s/      Max Rosenn
                         Circuit Judge

    Dated:   February 19, 2002
```